

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
 1  NICHOLAS A. TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 13644
 3  ALLISON REESE
    Assistant United States Attorney
 4  501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
 5  Phone: (702) 388-6336
    Email: Allison.Reese@usdoj.gov
 6  Representing the United States of America
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA 2020R00107-001 | Case No. 2:20-mj-17-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

**CERTIFICATION:  This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Application and Order Commanding Provider Not to Notify Any Person of the Existence of the Subpoena filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00145-APG-EJY.

**DATED** this 11th day of August, 2020.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

*Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE: GRAND JURY SUBPOENA
2020R00107-001

Case No. 2:20-mj-17-BNW

**ORDER TO UNSEAL**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this ____ day of August, 2020.

                                                _____
HONORABLE BRENDA N. WEKSLER
United States Magistrate Judge